UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CARMEN M. PAGAN, on behalf of herself and those similarly situated, | : |
| | : Case No. 2:21-cv-14008 |
| Plaintiffs, | : |
| | : |
| | : **DEFENDANT PORTFOLIO** |
| v. | : **RECOVERY ASSOCIATES, LLC'S** |
| | : **LOCAL CIVIL RULE 7.1.1** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC; | : **DISCLOSURE STATEMENT** |
| and JOHN DOES 1 to 10, | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Local Civil Rule 7.1.1, Defendant Portfolio Recovery Associates, LLC hereby states:

No person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: New York, New York
       July 22, 2021            /s/ Philip A. Goldstein
                                Philip A. Goldstein
                                MCGUIREWOODS LLP
                                1251 Avenue of the Americas, 20th Floor
                                New York, New York 10020-1104
                                Phone: (212) 548-2167
                                pagoldstein@mcguirewoods.com

                                *Counsel for Defendant Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2021, I caused a true and correct copy of the foregoing Defendant Portfolio Recovery Associates, LLC's Local Civil Rule 7.1.1 Disclosure Statement to be filed electronically with the Clerk of the Court via the Court's CM/ECF System and to be duly served upon all parties in this action as listed below via electronic mail and United States Postal Service first class mail, postage prepaid:

Yongmoon Kim
Kim Law Firm LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Email: ykim@kimlf.com

Ronald I. LeVine
Eileen L. Linarducci
Law Office of Ronald I. Levine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
ron@ronlevinelaw.com
elinarducci@ronlevinelaw.com

*Attorney for Plaintiff*

Dated: New York, New York
July 22, 2021

  /s/ *Philip A. Goldstein*
Philip A. Goldstein
MCGUIREWOODS LLP

*Counsel for Defendant Portfolio Recovery Associates, LLC*

147821347_1