UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARMEN M. PAGAN, on behalf of herself and those similarly situated,

    Plaintiffs,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC; and JOHN DOES 1 to 10,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 2:21-cv-14008 (ES)(MAH)

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S LOCAL CIVIL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1.1, Defendant Portfolio Recovery Associates, LLC hereby states:

No person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: New York, New York
       July 29, 2021

      /s/ Philip A. Goldstein
      Philip A. Goldstein
      MCGUIREWOODS LLP
      1251 Avenue of the Americas, 20th Floor
      New York, New York 10020-1104
      Phone: (212) 548-2167
      pagoldstein@mcguirewoods.com

      *Counsel for Defendant Portfolio Recovery Associates, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021, a true and correct copy of the foregoing Local Civil Rule 7.1.1 Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

Dated: New York, New York
July 29, 2021

      /s/ Philip A. Goldstein
Philip A. Goldstein
MCGUIREWOODS LLP

*Counsel for Defendant Portfolio Recovery Associates, LLC*

147821347_1